**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JASON NORTON,

        Plaintiff,

v.

JACQUELINE NADEAU,
JERI ANN SHERRY,
MARK A. JOHNSON,
PATRICIA L. CARUSO,

        Defendants.

                                          /

Case Number: 08-15127

HON. MARIANNE O. BATTANI

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, (Doc. 21), and no objections having been filed thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED**. Defendant's Motion for Summary Judgment, (doc. 15), is **GRANTED**.

                                      s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

Dated: November 20, 2009

## CERTIFICATE OF SERVICE

    Copies of this Order were served upon Plaintiff and counsel of record on this date by ordinary mail and/or electronic filing.

                                                         <u>s/Bernadette M. Thebolt</u>
                                                         Deputy Clerk